In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-22-00372-CV
_____

**CRAIGORY JUSTIN WARD AND SILVER EAGLE BEVERAGES F/K/A SILVER EAGLE DISTRIBUTORS, L.P., Appellants**

**V.**

**COLTON MERRITT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-04-05504-CV**

**MEMORANDUM OPINION**

Craigory Justin Ward and Silver Eagle Beverages f/k/a Silver Eagle Distributors, L.P., appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Ward and Silver Eagle Beverages filed the motion before the Court decided the appeal. The motion is granted and the appeal is dismissed. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 11, 2023
Opinion Delivered January 12, 2023
Before Golemon, C.J., Horton and Johnson, JJ.

1